No. 514, October Term, 1944. ROBINSON *v.* UNITED STATES. October 15, 1945. The motion for leave to file petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. 325 U. S. 895.

No. 205, October Term, 1944. IN RE SUMMERS;

No. 205. NEW YORK EX REL. RENSING *v.* MORHOUS, WARDEN; and

No. 330. WABER *v.* MONTGOMERY WARD & CO., INC. ET AL. October 22, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of these applications. No. 205, October Term, 1944, 325 U. S. 561.

No. —. October Term, 1944. EX PARTE GEORGE ALBERT BROWN;

No. 212, October Term, 1944. WHITE *v.* RAGEN, WARDEN; and

No. 1212, October Term, 1944. BANGHART *v.* UNITED STATES. November 5, 1945. The motions for leave to file petitions for rehearing are denied. MR. JUSTICE BURTON took no part in the consideration or decision of these applications. 324 U. S. 825; 324 U. S. 760; 325 U. S. 887.

No. 1244, October Term, 1944. OXMAN *v.* UNITED STATES. November 5, 1945. The motion for leave to file a second petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 30, Misc. HILLIARD *v.* JOHNSTON, WARDEN;

No. 70. MARMON ET AL. *v.* ILLINOIS;

No. 137. TIMKEN-DETROIT AXLE CO. *v.* CLEVELAND STEEL PRODUCTS CORP.;

No. 140. MARMON ET AL. *v.* ILLINOIS;

No. 147. COOPER *v.* PARSONS, RECEIVER;

No. 181. WELLS LAMONT CORP. *v.* BOWLES, PRICE ADMINISTRATOR, ET AL.;

No. 188. LAWRENCE *v.* ILLINOIS;

No. 202. STANDARD REGISTER CO. *v.* AMERICAN SALES BOOK CO., INC.;

No. 212. GENECOV *v.* TEXAS ET AL.;

No. 245. SOUTHERN CALIFORNIA FREIGHT LINES *v.* McKEOWN;

No. 275. NYCUM *v.* CITY OF ALTOONA;

No. 352. COUNTY OF THURSTON ET AL. *v.* UNITED STATES; and

No. 359. STOCKHOLDERS' COMMITTEE OF THE UNIVERSAL LUBRICATING SYSTEMS, INC. *v.* STALEY, TRUSTEE. November 5, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of these applications.

No. 24, Misc. IN RE WILSON. November 13, 1945.

No. 208. DE NORMAND ET AL. *v.* UNITED STATES. November 13, 1945.

No. 295. CLOVERLEAF BUTTER CO. *v.* UNITED STATES. November 13, 1945.

No. 297. ARUNDEL CORPORATION *v.* UNITED STATES. November 13, 1945.

No. 334. MASON *v.* BANTA CARBONA IRRIGATION DISTRICT. November 13, 1945.